# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>    v.<br><br>JOHN CORNELIUS GRAY,<br><br>         Defendant. | Case No. 04-CR-00721-JM<br><br>**ORDER ON JOINT MOTION TO CONTINUE HEARING**<br><br>Date:  December 15, 2006<br>Time:  1:30 p.m. |
|---|---|

Based upon the parties' Joint Motion to Continue Order to Show Cause Hearing [Doc. No. 40-1], together with the Declaration of John C. Ellis Jr. in support ... [Doc. No. 40-2], and good cause appearing therefor, the court hereby GRANTS the parties' joint motion to continue; and it is hereby:

ORDERED that the status conference on supervised release in this matter (identified by the parties as order to show cause hearing) and presently set for November 17, 2006 at 9:00 a.m., is hereby continued to December 15, 2006, at 1:30 p.m.

**IT IS SO ORDERED**.

DATED:  November 7, 2006

_____
Hon. Jeffrey T. Miller
United States District Judge

cc: All Parties

04CR0721